664 A.2d 1352

**James WINNING, III and Hilda Winning, his wife, and Brent Winning**

v.

**AETNA CASUALTY & SURETY COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1995.

Decided Oct. 11, 1995.

Timothy J. Burdette and Bryan J. Smith, Pittsburgh, for Aetna.

William M. Radcliffe, Uniontown, for Winning.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.